FILED
CLERK, U.S. DISTRICT COURT
AUG 12 2022
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEGEND D. BROOKS,<br><br>            Plaintiff,<br><br>    v.<br><br>SGT. RUIZ, et al.,<br><br>            Defendants. | Case No. 2:21-cv-02010-PSG-PD<br><br>[~~PROPOSED~~] ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Defendants' motion to dismiss Plaintiff's Complaint, the records on file herein, and the Report and Recommendation of United States Magistrate Judge. The time for filing objections has expired and no objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge and adopts them as its own findings and conclusions.

IT IS THEREFORE ORDERED that:

(1) Defendants' motion to dismiss the official-capacity claims against Defendants Ruiz, Sanchez and Castaneda with leave to amend is Granted;

(2) Defendants' motion to dismiss Claim One is Denied; and

(3) Defendants' motion to dismiss Claim Two and Defendant Castaneda with prejudice is Granted.

DATED: __8/12/22__ .

PHILIP S. GUTIERREZ
CHIEF UNITED STATES DISTRICT JUDGE