UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:21-cv-02010-PSG-PD | Date | July 11, 2023 |
| Title | *Legend D. Brooks v. Sergeant Ruiz, et al.* | | |

Present: The Honorable   Patricia Donahue, United States Magistrate Judge

| Isabel Verduzco | Court Smart 07/11/23 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Legend D. Brooks | Anita S. Brenner |

**Proceedings:    Further Discovery Status Conference (via Zoom)**

On July 11, 2023, the Court held a status conference via zoom webinar. Counsel, the Court, and court staff all appeared in that manner. Recording or re-broadcasting of the proceedings is strictly prohibited.

As discussed in this Court's July 5, 2023 Order, on June 29, 2023, Defendants' counsel located the package addressed to Plaintiff from the Los Angeles County Sheriff's Department, Civil Litigation Department and returned by Salinas Valley State Prison to sender. [See Dkt. No. 97.] Defendants' counsel forwarded it, unopened, to Guadalupe Lopez, the Litigation Coordinator at Salinas Valley State Prison. [Id.] This Court ordered Salinas Valley State Prison to make available to Plaintiff all audio and video recordings sent by Defendants' counsel, including but not limited to the May 16, 2023 package, along with all necessary equipment to view the items, and to provide Plaintiff with the location and time necessary to view those items, within the prison's security and procedural regulations. [Id.] In addition to audio and video recordings, the package included documents. At today's status conference, Plaintiff stated that he has not received the package or any notice that it has arrived.

Plaintiff is ordered to file a notice with the Court when he has received the documents and has reviewed the videos.

The Court **requests** Correctional Officer Lopez, the prison litigation coordinator at Salinas Valley State Prison, make available to Plaintiff (1) the documents contained in the package, and (2) all audio and video recordings sent by Defendants' counsel, including but not limited to the May 16, 2023 package,

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:21-cv-02010-PSG-PD | Date | July 11, 2023 |
| Title | *Legend D. Brooks v. Sergeant Ruiz, et al.* | | |

along with all necessary equipment to view the items, and to provide Plaintiff with the location and time necessary to view those items, within the prison's security and procedural regulations, as soon as practicable.

The court clerk is **directed** to provide a copy of this Order to Correctional Officer Lopez, the prison litigation coordinator at Salinas Valley State Prison, P.O. Box 1020, Soledad, CA 93960.

The Courts sets another Further Discovery Status Conference for **September 7, 2023 at 9:30 a.m**. via Zoom.

The court clerk will send a separate Zoom invitation to Defendants' counsel and to Correctional Officer Lopez, on behalf of Plaintiff.

**IT IS SO ORDERED.**

:10

iv

Initials of Clerk