FILED
CLERK, U.S. DISTRICT COURT
SEP 29 2023
CENTRAL DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

Legend D. Brooks #BA-2998
Salinas Valley State Prison
P.O. Box #1050
Soledad, CA 93960
(Pro-se)

United States District Court
Central District of California

Legend D. Brooks
Plaintiff,

v.

Sergeant Robert Ruiz,
Deputy Julian Sanchez,
Deputy Darren W. Lass #,
Lieutenant Antonio fascio,
Defendants.

Civil Action No. 2:21-cv-02010-PSG-(PD)

# MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

Plaintiff Legend D. Brooks, pursuant to Rules 15(a) and 19(a), Fed. R. Civ. P., requests leave to file an amended complaint adding a party.

1. The plaintiff in his original complaint named a Deputy John Doe Defendant.

2. Since the filing of the Complaint the plaintiff has determined that the name of the John Doe defendant is Deputy Darren W. Lass Jr. employee #548021, an employee for the COUNTY OF LOS ANGELES SHERIFF'S DEPT. TWIN TOWERS CORRECTIONAL FACILITY, 450 BAUCHET STREET, LOS ANGELES, CA 90012. Paragraphs #2, #4 and #5. Paragraphs are amended to reflect the identity and the actions of Deputy Darren W. Lass Jr. employee #548021. [This is John Doe Defendant(2).]

3. The plaintiff in his original complaint named a John Doe Defendant.

4. Since the filing of the Complaint the plaintiff has Determined that the name of the John Doe defendant is Lieutenant Antonio Fascio employee #288263, an employee for the COUNTY of LOS ANGELES SHERIFF'S DEPT. TWIN TOWERS CORRECTIONAL FACILITY, 450 BAUCHET STREET, LOS ANGELES, CA 90012. Paragraph #7. Paragraph(s) are amended to reflect the identity and the actions of Lieutenant Antonio Fascio employee #288263. [This is Lt. John Doe defendant(3).]

5. This Court should grant leave freely to amend a Complaint. Foman v. Davis, 371 U.S. 178, 182 (1962).

Dated: September 25, 2023

Signature X ____________.

Respectfully Submitted,

Legend D. Brooks #BA-2998

Legend D. Brooks #BA-2998
Salinas Valley State Prison
P.O. Box #1050
Soledad, CA 93960

SAN JOSE CA 950
26 SEP 2023 PM 4 L




Thinking of you

United States District Court
Central District of California
(office of the Clerk)
255 East Temple Street, room 180
Los Angeles, CA 90012

Official Business

Legal mail

RECEIVED
CLERK, U.S. DISTRICT COURT
SEP 29 2023
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

90012-333432