CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
UNITED STATES COURTHOUSE
525 MAGOFFIN AVENUE, ROOM 105
EL PASO, TEXAS 79901

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

2:21-cv-2010

PD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**

> Does not belong to us.
> — Thank you!

El Paso, TX 79901

RECEIVED

OCT 03 2022

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

Albert Armendariz, Sr.
    United States Courthouse
525 Magoffin Avenue, Room 105
El Paso, TX 79901

RECEIVED
OCT 03 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
    DEPUTY CLERK

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.   2:21-cv-02010-PSG-PD                           Date   September 7, 2023

Title   *Legend D. Brooks v. Sergeant Ruiz, et al.*

---

Present: The Honorable   Patricia Donahue, United States Magistrate Judge

| Isabel Verduzco | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:**   **Continued Further Discovery Status Conference (In Chambers)**

The Courts continues the Further Discovery Status Conference to **September 14, 2023 at 9:30 a.m.** via Zoom.

The Court Clerk is **directed** to provide a copy of this order to Correctional Officer Lopez, the prison litigation coordinator at Salinas Valley States Prison, P.O. Box 1020, Soledad, CA 93960, and to email a copy of this order to Correctional Officer Lopez at Guadalupe.Lopez@cdcr.ca.gov.

The court clerk will send a separate Zoom invitation to Defendants' counsel and to Correctional Officer Lopez, on behalf of Plaintiff.

**IT IS SO ORDERED.**

cc:   Correctional Officer Lopez, Prison Litigation Coordinator
      Salinas Valley States Prison,
      P.O. Box 1020,
      Soledad, CA 93960

      Guadalupe.Lopez@cdcr.ca.gov.