```
                              FILED
                        CLERK, U.S. DISTRICT COURT

                           March 4, 2024

                       CENTRAL DISTRICT OF CALIFORNIA
                       BY:       IV        DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEGEND D. BROOKS,<br><br>    Plaintiff,<br><br>    v.<br><br>SGT. RUIZ, et al.,<br><br>    Defendants. | Case No. 2:21-cv-02010-PSG-PD<br><br>**ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed Defendant Deputy Lass's motion to dismiss Plaintiff's Complaint, the records on file herein, and the Report and Recommendation of United States Magistrate Judge. The time for filing objections has expired and no objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge and adopts them as its own findings and conclusions.

    IT IS THEREFORE ORDERED that:

    (1) Defendant Deputy Lass's motion to dismiss the official-capacity claim against him is granted; and

(2) Defendant Deputy Lass's motion to dismiss Plaintiff's excessive force claim (Claim One) is denied.

DATED: 3/4/24

PHILIP S. GUTIERREZ
Chief United States District Judge