Anita Susan Brenner, Esq. (SBN 58741)
**LAW OFFICES OF TORRES & BRENNER**
301 East Colorado Boulevard, Suite 614
Pasadena, California 91101
Telephone:  (626) 792-3175
Facsimile:  (626) 792-2921
E-mail:       info@torresbrenner.com

Attorneys for Attorneys for Defendants Lt. Antonio Fascio (retired); Deputy Julian Sanchez, Sergeant Robert Ruiz, and Deputy Darren Lass

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEGEND D. BROOKS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SERGEANT RUIZ, ET AL.<br><br>　　　　　Defendants. | Case No. 2:21-cv-02010-PSG (PD)<br><br>**DEFENDANTS LIEUTENANT ANTONIO FASCIO, DEPUTY JULIAN SANCHEZ, SERGEANT ROBERT RUIZ AND DEPUTY DARREN LASS'S THIRD STATUS REPORT RE: RESPONSE TO PLAINTIFF'S DISCOVERY AND PRODUCTION OF RECENTLY OBTAINED VIDEOS** |

**TO THE HONORABLE PATRICIA DONAHUE, UNITED STATES MAGISTRATE JUDGE AND TO THE PLAINTIFF LEGEND D. BROOKS, PRO SE:**

Counsel for Defendants (Lt. Antonio Fascio (retired); Deputy Julian Sanchez, Sergeant Robert Ruiz, and Deputy Darren Lass) submits this Status Report regarding the service of discovery responses and videos on the Plaintiff in the above-referenced matter.

**Records Served:** Defendants' Responses to Plaintiff Legend Brooks' Request for Admission and a CD/DVD with two additional videos, entitled

---
- 1 -

TORRES & BRENNER
301 East Colorado Boulevard, Suite 614
Pasadena, California 91101
(626) 792-3175

"HANDHELD/S1670003.MP4 and Suspect(s) Interview/S1870001.MP4".

**Format and service:**  The service is by U.S. Mail. Based on past instructions from the state prison, the videos were saved to a CD/DVD disc and mailed via U.S. Mail to the following address: Litigation Coordinator Guadalupe Lopez, Salinas Valley State Prison, Attention: Guadalupe Lopez, Litigation Coordinator, P.O. Box 1020, Soledad, CA 93960-1020.

A copy of this Status Report will be sent to Plaintiff at his address of record.

This Status Report is submitted to keep the Court informed of the progress in this matter. Defense counsel confirms that the above-mentioned discovery responses and CD/DVD have been served as described.

Respectfully submitted,

Dated: November 14, 2024          LAW OFFICES OF TORRES & BRENNER

By: */s/ Anita Susan Brenner*
Anita Susan Brenner, Esq.
Attorneys for Defendants Lt. Antonio Fascio (retired); Deputy Julian Sanchez, Sergeant Robert Ruiz, and Deputy Darren Lass

TORRES & BRENNER
301 East Colorado Boulevard, Suite 614
Pasadena, California 91101
(626) 792-3175

TORRES & BRENNER
301 East Colorado Boulevard, Suite 614
Pasadena, California 91101
(626) 792-3175

## CERTIFICATE OF SERVICE

Case Name: *Legend D. Brooks v. Sergeant Ruiz, et al.*

Case No.:    2:21-cv-02010-PSG (PD)

I am employed in the county of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 301 East Colorado Boulevard, Suite 614, Pasadena, California 91101.

I hereby certify that on November 14, 2024, I electronically filed the following document(s) with the Clerk of the Court by using the CM/ECF system:

**DEFENDANTS LIEUTENANT ANTONIO FASCIO, DEPUTY JULIAN SANCHEZ, SERGEANT ROBERT RUIZ AND DEPUTY DARREN LASS'S THIRD STATUS REPORT RE: RESPONSE TO PLAINTIFF'S DISCOVERY AND PRODUCTION OF RECENTLY OBTAINED VIDEOS**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users.  I have mailed the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participant:

Legend D. Brooks, BA-2998                     *In Pro Se*
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960

I declare under penalty of perjury that the foregoing is true and correct.  This certificate was executed in Pasadena, California on November 14, 2024.

        /s/ *Idalia G. Guzman*
        Idalia G. Guzman

- 3 -

DEFS. THIRD STATUS REPORT RE RECORDS SERVED          [2:21-cv-02010-PSG (PD)]