UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEGEND D. BROOKS,<br><br>              Plaintiff,<br><br>   v.<br><br>SGT. RUIZ, et al.,<br><br>             Defendants. | Case No. 2:21-cv-02010-AB-PD<br><br>**ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the summary judgment motion filed by Defendants Sergeant Robert Ruiz ("Ruiz"), Deputy Julian Sanchez ("Sanchez"), Darren W. Lass, Jr. ("Lass") and Lieutenant Antonio Fascio ("Fascio"), the records on file herein, and the Report and Recommendation of United States Magistrate Judge. The time for filing objections has expired and no objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge and adopts them as its own findings and conclusions.

IT IS THEREFORE ORDERED that:

(1) Defendants' motion for summary judgment is granted in part and

denied in part;

(2) Summary judgment is Granted as to Fascio, and he is dismissed from the Complaint and this action with prejudice; and

(3) Summary judgment is Denied as to the claims and affirmative defenses against Sanchez, Lass, and Ruiz.

DATED: September 17, 2025

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE