UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEGEND D. BROOKS,<br><br>               Plaintiff,<br><br>   v.<br><br>SGT. RUIZ, et al.,<br><br>               Defendants. | Case No. 2:21-cv-02010-AB-PD<br><br>**ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the motion filed by Defendants Deputy Julian Sanchez ("Sanchez"), Deputy Darren W. Lass, Jr. ("Lass"), and Sergeant Robert Ruiz ("Ruiz") to bifurcate the administrative remedy exhaustion issues for a hearing under *Albino v. Baca*, 747 F.3d 1172 (9th Cir. 2014), the records on file herein, the Report and Recommendation of United States Magistrate Judge (the "Report"), and Defendants' Objections to Report that are filed under seal. Dkt. Nos. 183, 187, 188, 192, 195, 196, 198.

      The Court has conducted a *de novo* review of the portions of the Report to which the Objections were directed and has reviewed the materials filed under seal, which contain new evidence that Defendants did not submit with

the motion to bifurcate. The Court accepts the findings and recommendations of the Magistrate Judge and adopts them as its own findings and conclusions. The Court finds that Plaintiff has exhausted available administrative remedies as to Defendants Sanchez, Lass and Ruiz

IT IS THEREFORE ORDERED that Defendants' Motion to Bifurcate Bench Trial on Prison Litigation Reform Act exhaustion issues is Denied.

DATED: January 13, 2026

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE