UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | 2:21-cv-02010-AB-PD | Date: | April 27, 2026 |
|---|---|---|---|

| Title: | *Legend D. Brooks v. Sergeant Ruiz, et al.* |
|---|---|

Present: The Honorable    **ANDRÉ BIROTTE JR., United States District Judge**

| Evelyn Chun | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:    [In Chambers] NOTICE TO PLAINTIFF OF PRO BONO COUNSEL REFERRAL**

The Court informs Plaintiff Legend D. Brooks ("Plaintiff") that the Court's Pro Bono Coordinator has located the following attorney ("Pro Bono Counsel") who has expressed interest in providing representation at no cost to you in the case listed above:

Cooper Alison-Mayne (SBN 343169)
The Law Office of Dale K. Galipo
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367-6479
Tel: (818) 347-3333 | Fax: (818) 347-4118
Email: cmayne@galipolaw.com

Pro Bono Counsel will contact Plaintiff to discuss potential engagement and if satisfactory to both Pro Bono Counsel and Plaintiff, then Pro Bono Counsel will file a Notice of Appearance within 6 weeks (42 days), or, alternatively, file a status report updating the Court when a Notice of Appearance will likely be filed.

cc: Cooper Alison-Mayne at cmayne@galipolaw.com

| CV-90 (12/02) | **CIVIL MINUTES – GENERAL** | Initials of Deputy Clerk EC |
|---|---|---|