## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEGEND D. BROOKS, | CASE NUMBER |
| | 2:21-cv-02010-AB-PD |
| PLAINTIFF(S) | |
| v. | |
| SERGEANT RUIZ, et al., | **ORDER VACATING REFERENCE TO MAGISTRATE JUDGE** |
| DEFENDANT(S). | |

IT IS ORDERED that

☑ Reference to the above case to United States Magistrate Judge  Patricia Donahue
pursuant to General Order 05-07 is hereby vacated.  All further proceedings in this action shall be before the District Judge assigned.  The case is referred to the same Magistrate Judge for discovery.

☐ Reference to the discovery Magistrate Judge is hereby vacated.  The above case is referred to a Magistrate Judge pursuant to General Order 05-07 for a Report and Recommendation.

Dated:  April 30, 2026

United States District Judge

---

### NOTICE TO COUNSEL

Pursuant to the above order, this case has been reassigned to Magistrate Judge  Patricia Donahue

☐ for a Report and Recommendation.

☑ for any discovery matters which may be referred.

All documents subsequently filed in this case must reflect the case number: CV  2:21-cv-02010-AB-PDx

This is very important because documents are routed by way of the initials.

Clerk, U. S. District Court

Dated:  5/1 2026                By  L. Hernandez
                                      Deputy Clerk

---

**ORDER VACATING REFERENCE TO MAGISTRATE JUDGE**