# NOTICE

YOUR HONOR IM NOTIFING YOU TO INFORM THE COURTS THAT I HAVE BEEN RELOCATED TO A DIFFRENT INSTITUTION CALLED "KVSP" WHICH WILL HAVE THE ADDRESS WITHIN THIS LETTER. THANK YOU FOR YOUR TIME...

FILED
CLERK, U.S. DISTRICT COURT
SEP 1 4 2026
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

SINCERELY,

[signature]

Legend Brooks
#BA-2998
KERN VALLEY STATE PRISON
P.O.BOX#5104
DELANO, CA 93216

P.S - CASE NO.# 2:21-CV-02010-AB-PD

: To : Honorable André Birotte Jr, USDJ

: To : Honorable Patricia Donahue, USMJ

*Return Address*

**Kern Valley State Prison**

**Name:** Legend Brooks **CDCR#:** BA-2998

**Facility:** D **Bldg.:** 2 **Cell:** 210

**P.O. Box:** #5104

**Delano, CA 93216**

*Inmate Indigent Mail*

Legal mail

confidential

official Business

SUB

SANTA CLARITA CA 913

11 SEP 2026 PM 5 L

FIRST-CLASS

US POSTAGE PITNEY BOWES

ZIP 93215 $ 000.78⁰

02 7W

0008041145 SEP 10 2026

RECEIVED
CLERK, U.S. DISTRICT COURT
SEP 14 2026
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

United states District Court
central District of california
(office of the clerk)
255 EAST Temple street, Room 180
Los Angeles, CA 90012

90012-333432

KERN VALLEY STATE PRISON
Facility D Building 2

9-9-26
c/o Pomace

UNAUTHORIZED ITEMS

- No mail over 13 ounces in weight. No padded/cushioned envelopes
- No musical or homemade greeting cards (No 3-D Cards)
- No receipts/birth certificates/marriage license/food/clothing/etc.
- No Cash/travelers checks/foreign currency
- No ID Cards/Business Cards/Credit Cards/Phone Cards/etc.
- No gang signs or gang related material
- No Polaroid's/slides/negatives/photo albums
- No items depicting drugs/nudity/sexually explicit material
- No tattoo patterns/trading paper/card stock/cardboard
- No jewelry/glitter/stickers/labels/lipstick/perfume/etc.
- No 3rd party mail. No pens or pencils.

AUTHORIZED ITEMS

* Greeting cards - limit 10 w/attached plain white envelope
* 40 postage stamps, 40 envelopes (no hand stamped or metered envelopes)
* 300 sheets of white or yellow lined paper (not cotton paper or color paper)
* 15 photographs (ASU - limit 5) no altered photos
* Checks/Money Orders with I/M Name and CDCR#
* Calendars - not to exceed 12 x 12 unopened
* Manila envelopes - limit 10 (clasp removed)

List is provided as a courtesy and does not reflect all restrictions or policies.