UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | 2:21-cv-02010-AB-PD | Date: | September 25, 2026 |

| | |
|---|---|
| Title: | *Legend D. Brooks v. Sergeant Ruiz, et al.* |

| | |
|---|---|
| Present: The Honorable | **ANDRÉ BIROTTE JR., United States District Judge** |
| Evelyn Chun<br>Deputy Clerk | N/A<br>Court Reporter |
| Attorney(s) Present for Plaintiff(s):<br>None Appearing | Attorney(s) Present for Defendant(s):<br>None Appearing |

**Proceedings: [In Chambers] ORDER SETTING STATUS CONFERENCE**

The Court hereby **SETS** a Status Conference for October 9, 2026, at 10:00 a.m.

The parties must meet and confer and file a Joint Status Report briefly describing the remaining claims and defenses to be tried, and proposing a schedule for the rest of the case going forward. The parties are advised to propose remaining dates consistent with the Schedule of Pretrial and Trial Dates Worksheet located on Judge Birotte's webpage. The Status Report is due by October 5, 2026.

**SO ORDERED.**