Anita Susan Brenner, Esq. (SBN 58741)
**LAW OFFICES OF TORRES & BRENNER**
301 East Colorado Boulevard, Suite 614
Pasadena, California 91101
Telephone: (626) 792-3175
Facsimile: (626) 792-2921
E-mail: info@torresbrenner.com

Attorneys for Defendants Deputy Julian Sanchez, Sergeant Robert Ruiz, and Deputy Darren Lass

Cooper Alison-Mayne, Esq. (SBN 343169)
LAW OFFICES OF DALE K. GALIPO
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Telephone: (818) 347-3333
Email: cmayne@galipolaw.com

TORRES & BRENNER
301 East Colorado Boulevard, Suite 614
Pasadena, California 91101
(626) 792-3175

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LEGEND D. BROOKS,<br><br>Plaintiff,<br><br>vs.<br><br>SERGEANT RUIZ, ET AL.<br><br>Defendants. | Case No. 2:21-cv-02010-AB (PD)<br><br>**JOINT REQUEST TO CHANGE THE TIME FOR THE STATUS CONFERENCE FROM 10:00 A.M. TO 11:30 A.M. ON OCTOBER 9, 2026 [ECF 205]**<br><br>**[*Concurrently filed with [Proposed] Order*]**<br><br>Hearing Date: October 9, 2026<br>Time: 10:00 a.m. |

**TO THE HONORABLE ANDRÉ BIROTTE, JR., UNITED STATES DISTRICT JUDGE AND TO ALL PARTIES HEREIN:**

Counsel for Defendants Deputy Julian Sanchez, Sergeant Robert Ruiz, and Deputy Darren Lass, Anita Susan Brenner, Esq. from the Law Offices of Torres & Brenner; and Counsel for Plaintiff Legend D. Brooks, Cooper Alison-Mayne, Esq. from Law Offices of Dale K. Galipo, respectfully request that the Court continue the hearing time for the scheduled Status Conference on October 9, 2026, from

TORRES & BRENNER
301 East Colorado Boulevard, Suite 614
Pasadena, California 91101
(626) 792-3175

10:00 a.m. to 11:30 a.m., to accommodate a calendar conflict for defense counsel.

A proposed order is concurrently filed.

(a) Hearing date: October 9, 2026, 10:00 a.m.

(b) Proposed Hearing time: 11:30 a.m.

(c) Reasons for request: Defense counsel has a conflicting hearing in the case entitled, *Atkinson v. Department of Children and Family Services et al.*, Los Angeles Superior Court Case No. 26STCP00019, which is set for a bench trial on an administrative writ petition before the Honorable Joseph Lipner, Department 833 (Mosk Courthouse), on October 9, 2026, at 9:30 a.m. The hearing will be remote by LA Court Connect and should conclude by 11:30 a.m. Defense counsel will ask for priority.

(d) Prior requests: None. This is the first such request for continuance of the time for the status conference.

Respectfully submitted,

Dated: October 5, 2026

LAW OFFICES OF TORRES & BRENNER

By: */s/ Anita Susan Brenner*
Anita Susan Brenner, Esq.
Attorneys for Defendants Deputy Julian Sanchez, Sergeant Robert Ruiz and Deputy Darren Lass

Dated: October 5, 2026

LAW OFFICES OF DALE K. GALIPO

By: */s/ Cooper Alison-Mayne*
Cooper Alison-Mayne, Esq.
Attorneys for Plaintiff Legend D. Brooks

TORRES & BRENNER
301 East Colorado Boulevard, Suite 614
Pasadena, California 91101
(626) 792-3175

**ATTESTATION**

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that Cooper Alison-Mayne, Esq., counsel for Plaintiff Legend D. Brooks, concurs in the content of this filing, the request and proposed order and has authorized my office to file this request and the proposed order.

Dated: October 5, 2026

LAW OFFICES OF TORRES & BRENNER

By: *<u>/s/ Anita Susan Brenner</u>*
Anita Susan Brenner, Esq.
Attorneys for Defendants Deputy Julian Sanchez, Sergeant Robert Ruiz, and Deputy Darren Lass

TORRES & BRENNER
301 East Colorado Boulevard, Suite 614
Pasadena, California 91101
(626) 792-3175

## CERTIFICATE OF SERVICE

Case Name: *Legend D. Brooks v. Sergeant Ruiz, et al.*

Case No.: 2:21-cv-02010-PSG (PD)

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 301 East Colorado Boulevard, Suite 614, Pasadena, California 91101.

I hereby certify that on October 5, 2026, I electronically filed the following document(s) with the Clerk of the Court by using the CM/ECF system:

**JOINT REQUEST TO CHANGE THE TIME FOR THE STATUS CONFERENCE FROM 10:00 A.M. TO 11:30 A.M. ON OCTOBER 9, 2026 [ECF 205]**

**PROPOSED ORDER RE: JOINT REQUEST TO CHANGE THE TIME FOR THE STATUS CONFERENCE FROM 10:00 A.M. TO 11:30 A.M. ON OCTOBER 9, 2026**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I declare under penalty of perjury that the foregoing is true and correct. This certificate was executed in Pasadena, California on October 5, 2026.

/s/ *Idalia G. Guzman*
Idalia G. Guzman