TORRES & BRENNER
301 East Colorado Boulevard, Suite 614
Pasadena, California 91101
(626) 792-3175

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LEGEND D. BROOKS,<br>Plaintiff,<br>vs.<br>SERGEANT RUIZ, ET AL.<br>Defendants. | Case No. 2:21-cv-02010-AB (PD)<br>**PROPOSED ORDER RE: JOINT REQUEST TO CHANGE THE TIME FOR THE STATUS CONFERENCE FROM 10:00 A.M. TO 11:30 A.M. ON OCTOBER 9, 2026** |

TORRES & BRENNER
301 East Colorado Boulevard, Suite 614
Pasadena, California 91101
(626) 792-3175

This Court having reviewed the foregoing request, and good cause appearing therefor:

IT IS HEREBY ORDERED that the Joint Request to change the time for the Status Conference from 10:00 a.m. to 11:30 a.m. on October 9, 2026, is granted.

**IT IS SO ORDERED.**

**DATED: __________, 2026**

______________________________
**André Birotte, Jr.,**
**United States District Judge**