UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | 2:21-cv-02010-AB-PD | Date: | October 9, 2026 |
| Title: | *Legend D. Brooks v. Sergeant Ruiz et al* | | |

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

| | |
|---|---|
| Lesbith Castillo | CourtSmart |
| Deputy Clerk | Court Reporter |

| | |
|---|---|
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| Cooper Alison-Mayne | Anita S. Brenner (Via ZOOM) |

**Proceedings: STATUS CONFERENCE**

The matter is called and counsel state their appearances.

Having heard the oral argument of counsel, the Court orders that a joint report, along with a revised schedule be filed by October 23, 2026.

Jury trial is set for **June 7, 2027 at 8:30 a.m.**

IT IS SO ORDERED.

: 43