Anita Susan Brenner, Esq. (SBN 58741)
**LAW OFFICES OF TORRES & BRENNER**
301 East Colorado Boulevard, Suite 614
Pasadena, California 91101
Telephone: (626) 792-3175
Facsimile: (626) 792-2921
E-mail: info@torresbrenner.com

Attorneys for Defendants Deputy Julian Sanchez, Sergeant Robert Ruiz, and Deputy Darren Lass

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LEGEND D. BROOKS,<br>Plaintiff,<br>vs.<br>SERGEANT RUIZ, ET AL.,<br>Defendants. | Case No. 2:21-cv-02010-AB (PD)<br><br>**DEFENDANTS DEPUTY JULIAN SANCHEZ, SERGEANT ROBERT RUIZ, AND DEPUTY DARREN LASS REQUEST TO RESCHEDULE TRIAL TO AN EARLIER DATE**<br><br>**[*Concurrently filed with Joint Stipulation to Continue Trial and [Proposed] Order*]** |

**TO THE HONORABLE ANDRÉ BIROTTE, JR., UNITED STATES DISTRICT JUDGE, AND TO ALL PARTIES HEREIN:**

Anita Susan Brenner, Esq., counsel for Defendants Deputy Julian Sanchez, Sergeant Robert Ruiz, and Deputy Darren Lass, respectfully requests that the Court continue the Trial date from June 7, 2027 to May 24, 2027. (ECF 209.)

A joint stipulation and proposed order are concurrently filed.

(a) Trial date: June 7, 2027

(b) Proposed Trial date: May 24, 2027



TORRES & BRENNER
301 East Colorado Boulevard, Suite 614
Pasadena, California 91101
(626) 792-3175

(c) Reasons for request: Defense expert on police practices and use of force has a scheduled vacation out of the country on June 7, 2027.

(d) This is the first such request for continuance of the trial date.

Respectfully submitted,

Dated: October 20, 2026

LAW OFFICES OF TORRES AND BRENNER

By: */s/ Anita Susan Brenner*
Anita Susan Brenner, Esq.
Attorneys for Defendants Deputy Julian Sanchez, Sergeant Robert Ruiz and Deputy Darren Lass

TORRES & BRENNER
301 East Colorado Boulevard, Suite 614
Pasadena, California 91101
(626) 792-3175