Anita Susan Brenner, Esq. (SBN 58741)
LAW OFFICES OF TORRES & BRENNER
301 East Colorado Boulevard, Suite 614
Pasadena, California 91101
Telephone: (626) 792-3175
Facsimile: (626) 792-2921
E-mail: info@torresbrenner.com

Attorneys for Defendants Deputy Julian Sanchez, Sergeant Robert Ruiz, and Deputy Darren Lass

Cooper Alison-Mayne, Esq. (SBN 343169)
LAW OFFICES OF DALE K. GALIPO
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Telephone: (818) 347-3333
Email: cmayne@galipolaw.com

TORRES & BRENNER
301 East Colorado Boulevard, Suite 614
Pasadena, California 91101
(626) 792-3175

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LEGEND D. BROOKS,<br>Plaintiff,<br>vs.<br>SERGEANT RUIZ, ET AL.,<br>Defendants. | Case No. 2:21-cv-02010-AB-PD<br>[U.S. District Judge André Birotte, Jr.]<br>**JOINT STIPULATION RE: RESCHEDULING TRIAL DATE TO AN EARLIER DATE**<br>Complaint filed: March 3, 2021<br>**Current Trial Date: June 7, 2027**<br>**Proposed Trial Date: May 24, 2027** |

**IT IS HEREBY STIPULATED**, between Plaintiff Legend D. Brooks's counsel, Law Offices of Dale K. Galipo, Cooper Alison-Mayne, Esq., and Defendants Deputy Julian Sanchez, Sergeant Robert Ruiz, and Deputy Darren Lass' counsel, Anita Susan Brenner, Esq., that the parties through their respective counsel hereby stipulate and agree that the Trial Date may be rescheduled to an earlier date as follows: The Parties agree that good cause exists to advance the trial date from June 7, 2027 and to re-set it for May 24, 2027, and that all deadlines be calculated

TORRES & BRENNER
301 East Colorado Boulevard, Suite 614
Pasadena, California 91101
(626) 792-3175

from the new trial date.

Defense counsel was advised by the defense police practices expert that he is not available on June 7, 2027, but is available on May 24, 2027. The Court has estimated this as a three-day trial.

Plaintiff's counsel agrees that Defense Counsel and her staff may file this stipulation with a request and proposed order that conforms with the above-described date.

**IT IS SO STIPULATED.**

Dated: October 20, 2026

LAW OFFICES OF TORRES & BRENNER

By: */s/ Anita Susan Brenner*
Anita Susan Brenner, Esq.
Attorneys for Defendants Deputy Julian Sanchez, Sergeant Robert Ruiz and Deputy Darren Lass

**IT IS SO STIPULATED.**

Dated: October __, 2026

LAW OFFICES OF DALE K. GALIPO

By: ______________________
Cooper Alison-Mayne, Esq.
Attorneys for Plaintiff Legend D. Brooks

TORRES & BRENNER
301 East Colorado Boulevard, Suite 614
Pasadena, California 91101
(626) 792-3175

**ATTESTATION**

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that Cooper Alison-Mayne, Esq., counsel for Plaintiff Legend D. Brooks, concurs in the content of this filing, the request and proposed order and has authorized my office to file this request and the proposed order.

Dated: October 20, 2026

LAW OFFICES OF TORRES & BRENNER

By: */s/ Anita Susan Brenner*
Anita Susan Brenner, Esq.
Attorneys for Defendants Deputy Julian Sanchez, Sergeant Robert Ruiz, and Deputy Darren Lass

TORRES & BRENNER
301 East Colorado Boulevard, Suite 614
Pasadena, California 91101
(626) 792-3175

## CERTIFICATE OF SERVICE

Case Name: *Legend D. Brooks v. Sergeant Ruiz, et al.*

Case No.: 2:21-cv-02010-PSG (PD)

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 301 East Colorado Boulevard, Suite 614, Pasadena, California 91101.

I hereby certify that on October 15, 2026, I electronically filed the following document(s) with the Clerk of the Court by using the CM/ECF system:

**JOINT STIPULATION RE: CONTINUANCE OF TRIAL DATE**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I declare under penalty of perjury that the foregoing is true and correct. This certificate was executed in Pasadena, California on October 15, 2026.

/s/ *Idalia G. Guzman*

Idalia G. Guzman