**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

LEGEND D. BROOKS,
Plaintiff
vs.
SEGEANT RUIZ, ET AL.
Defendants.

Case No. 2:21-cv-02010-AB-PD

**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUANCE OF TRIAL DATE**

Pending before is a Stipulation to Continuance of Trial Date filed by Plaintiff, Legend D. Brooks, and Defendants Deputy Julian Sanchez, Sergeant Robert Ruiz, and Deputy Darren Lass, by and through their attorneys of record. After reviewing the stipulation and applicable laws, the Court finds good cause exists to continue the trial date and related dates. Therefore,

**IT IS HEREBY ORDERED** that the trial in this case is rescheduled from June 7, 2027 to ______________________. All deadlines are to be calculated from the new trial date.

**IT IS SO ORDERED.**

Date: _________________

_________________________________________
Hon. André Birotte, Jr.,
United States District Court Judge