Anita Susan Brenner, Esq. (SBN 58741)
LAW OFFICES OF TORRES & BRENNER
301 East Colorado Boulevard, Suite 614
Pasadena, California 91101
Telephone: (626) 792-3175
Facsimile: (626) 792-2921
E-mail: info@torresbrenner.com

Attorneys for Attorneys Deputy Julian Sanchez, Sergeant Robert Ruiz, and Deputy Darren Lass

TORRES & BRENNER
301 East Colorado Boulevard, Suite 614
Pasadena, California 91101
(626) 792-3175

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

LEGEND D. BROOKS,

Plaintiff,

vs.

SERGEANT RUIZ, ET AL.

Defendants.

Case No. 2:21-cv-02010-AB (PD)
[U.S. Magistrate Judge Patricia Donahue]

**CERTIFICATE OF SERVICE RE:**

**(1) DEFENDANTS DEPUTY JULIAN SANCHEZ, SERGEANT ROBERT RUIZ, AND DEPUTY DARREN LASS REQUEST TO RESCHEDULE TRIAL TO AN EARLIER DATE**

(2) JOINT STIPULATION RE: RESCHEDULING TRIAL DATE TO AN EARLIER DATE

(3) [PROPOSED] ORDER GRANTING STIPULATION TO CONTINUANCE OF TRIAL DATE

TORRES & BRENNER
301 East Colorado Boulevard, Suite 614
Pasadena, California 91101
(626) 792-3175

# CERTIFICATE OF SERVICE

Case Name: *Legend D. Brooks v. Sergeant Ruiz, et al.*

Case No.: 2:21-cv-2010-AB (PD)

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 301 East Colorado Boulevard, Suite 614, Pasadena, California 91101.

I hereby certify that on October 23, 2026, I electronically filed the following document(s) with the Clerk of the Court by using the CM/ECF system:

**1. DEFENDANTS DEPUTY JULIAN SANCHEZ, SERGEANT ROBERT RUIZ, AND DEPUTY DARREN LASS REQUEST TO RESCHEDULE TRIAL TO AN EARLIER DATE**

**2. JOINT STIPULATION RE: RESCHEDULING TRIAL DATE TO AN EARLIER DATE**

**3. [PROPOSED] ORDER GRANTING STIPULATION TO CONTINUANCE OF TRIAL DATE**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I declare under penalty of perjury that the foregoing is true and correct. This certificate was executed in Pasadena, California on October 23, 2026.

/s/ *Idalia G. Guzman*
Idalia G. Guzman