Anita Susan Brenner, Esq. (SBN 58741)
**LAW OFFICES OF TORRES & BRENNER**
301 East Colorado Boulevard, Suite 614
Pasadena, California 91101
Telephone: (626) 792-3175
Facsimile: (626) 792-2921
E-mail: info@torresbrenner.com

Attorneys for Defendants Deputy Julian Sanchez, Sergeant Robert Ruiz, and Deputy Darren Lass

TORRES & BRENNER
301 East Colorado Boulevard, Suite 614
Pasadena, California 91101
(626) 792-3175

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LEGEND D. BROOKS,<br><br>Plaintiff,<br><br>vs.<br><br>SERGEANT RUIZ, ET AL.<br><br>Defendants. | Case No. 2:21-cv-02010-AB (PD)<br><br>**JOINT REPORT RE: REVISED SCHEDULE**<br><br>Current Trial Date: June 7, 2027 |

**TO THE HONORABLE ANDRÉ BIROTTE, JR., UNITED STATES DISTRICT JUDGE AND TO ALL PARTIES HEREIN:**

Pursuant to the Court's October 9, 2026 Order (Dkt. No. 209), Plaintiff Legend Brooks and Defendants Deputy Julian Sanchez, Deputy Darren W. Lass, Jr., and Sergeant Robert Ruiz submit this Joint Report with a revised schedule based on the June 7, 2027 trial date the Court set. The parties are also filing a Joint Stipulation and Request under Federal Rule of Civil Procedure 16(b)(4) to advance the trial date to May 24, 2027, and to set corresponding pretrial dates.

Because the Court has not ruled on that request, the parties submit this Joint Report as ordered, with a schedule based on the current trial date.

For convenience of the Court, defense counsel has also submitted the proposed schedule based on the requested trial date of May 24, 2027.

TORRES & BRENNER
301 East Colorado Boulevard, Suite 614
Pasadena, California 91101
(626) 792-3175

## I. REMAINING DISCOVERY

At the October 9, 2026 status conference, the Court set a jury trial for June 7, 2027, and permitted limited further discovery. (Dkt. No. 209.) Non-expert discovery is reopened only for the depositions of Defendants Sanchez, Lass, and Ruiz. The schedule also sets deadlines for initial and rebuttal expert disclosures and an expert discovery cut-off.

## II. PROPOSED SCHEDULE BASED ON JUNE 7, 2027 TRIAL DATE

The parties propose the following dates based on the June 7, 2027 trial date. The dates below follow the Court's Schedule of Pretrial and Trial Dates Worksheet.

| **Event** | **Agreed Date** |
|---|---|
| Trial (Jury) [Monday, 8:30 a.m.] | 06/07/2027 (set by the Court, Dkt. No. 209) |
| Final Pretrial Conference; Hearing on Motions in Limine [Friday, 11:00 a.m., at least 17 days before trial] | 05/21/2027 |
| Last Date to Hear Motions to Amend Pleadings/Add Parties [Friday] | N/A |
| Non-Expert Discovery Cut-Off | 12/18/2026 (limited to the depositions of Defendants Sanchez, Lass, and Ruiz) |
| Expert Disclosure (Initial) | 01/22/2027 |
| Expert Disclosure (Rebuttal) | 02/12/2027 |
| Expert Discovery Cut-Off | 02/26/2027 |
| Deadline to Complete Settlement Conference [L.R. 16-15] | N/A. Satisfied (Dkt. No. 194). |
| ADR Procedure | 2. Court's Mediation Panel (Hon. Dennis Landin (Ret.)) |
| Trial Filings (first round) | 04/30/2027 |
| Trial Filings (second round) | 05/07/2027 |

TORRES & BRENNER
301 East Colorado Boulevard, Suite 614
Pasadena, California 91101
(626) 792-3175

## III. PROPOSED SCHEDULE BASED ON REQUESTED MAY 24, 2026 TRIAL DATE

| Event | Date |
|---|---|
| Jury Trial [Monday, 8:30 a.m.] | 05/24/2027 |
| Final Pretrial Conference; Hearing on Motions in Limine [Friday, 11:00 a.m.] | 05/07/2027 |
| Non-Expert Discovery Cut-Off | 12/18/2026 |
| Expert Disclosure (Initial) | 01/08/2027 |
| Expert Disclosure (Rebuttal) | 01/29/2027 |
| Expert Discovery Cut-Off | 02/12/2027 |
| Trial Filings (first round) | 04/16/2027 |
| Trial Filings (second round) | 04/23/2027 |

Respectfully submitted,

Dated: October 23, 2026 LAW OFFICES OF TORRES & BRENNER

By: */s/ Anita Susan Brenner*
Anita Susan Brenner, Esq.
Attorneys for Defendants Deputy Julian Sanchez, Sergeant Robert Ruiz and Deputy Darren Lass

Dated: October 23, 2026 LAW OFFICES OF DALE K. GALIPO

By: */s/ Cooper Alison-Mayne*
Cooper Alison-Mayne, Esq.
Attorneys for Plaintiff Legend D. Brooks

**ATTESTATION**

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that Cooper Alison-Mayne, Esq., counsel for Plaintiff Legend D. Brooks, has authorized my office to file this report.

Dated: October 23, 2026

LAW OFFICES OF TORRES & BRENNER

By: */s/ Anita Susan Brenner*
Anita Susan Brenner, Esq.
Attorneys for Defendants Deputy Julian Sanchez, Sergeant Robert Ruiz, and Deputy Darren Lass

TORRES & BRENNER
301 East Colorado Boulevard, Suite 614
Pasadena, California 91101
(626) 792-3175

TORRES & BRENNER
301 East Colorado Boulevard, Suite 614
Pasadena, California 91101
(626) 792-3175

# CERTIFICATE OF SERVICE

Case Name: *Legend D. Brooks v. Sergeant Ruiz, et al.*

Case No.: 2:21-cv-2010-AB (PD)

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 301 East Colorado Boulevard, Suite 614, Pasadena, California 91101.

I hereby certify that on October 23, 2026, I electronically filed the following document(s) with the Clerk of the Court by using the CM/ECF system:

**JOINT REPORT RE: REVISED SCHEDULE**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I declare under penalty of perjury that the foregoing is true and correct. This certificate was executed in Pasadena, California on October 23, 2026.

/s/ *Idalia G. Guzman*
Idalia G. Guzman