**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LEGEND D. BROOKS,<br>Plaintiff,<br>vs.<br>SERGEANT RUIZ, ET AL.<br>Defendants. | Case No. 2:21-cv-02010-AB (PD)<br>[U.S. Magistrate Judge Patricia Donahue]<br><br>**[~~PROPOSED~~] ORDER GRANTING STIPULATION TO ADVANCE TRIAL DATE (Dkt. No. 210)** |

The Court **GRANTS** the parties Stipulation to Advance the Trial Date (Dkt. No. 210) from June 7, 2027, to May 24, 2027. The resulting case schedule is as follows:

| Event | Date |
|---|---|
| Jury Trial [Monday, 8:30 a.m.] | 05/24/2027 |
| Final Pretrial Conference; Hearing on Motions in Limine [Friday, 11:00 a.m.] | 05/07/2027 |
| Non-Expert Discovery Cut-Off | 12/18/2026 |
| Expert Disclosure (Initial) | 01/08/2027 |
| Expert Disclosure (Rebuttal) | 01/29/2027 |
| Expert Discovery Cut-Off | 02/12/2027 |
| Trial Filings (first round) | 04/16/2027 |
| Trial Filings (second round) | 04/23/2027 |

**IT IS SO ORDERED.**

Dated: October 30, 2026

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE